IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKITH WYNN-HOWARD and DIETRA WRIGHT, | Civil Action No. 06-916 |
| Plaintiffs, | Judge Gary L. Lancaster |
| v. | |
| UNITED STEELWORKERS OF AMERICA, LOCAL 555T and UNITED STEELWORKERS OF AMERICA, INTERNATIONAL, | Electronically Filed |
| Defendants. | |

## ORDER GRANTING
## MOTION TO AMEND STYLE OF PLEADINGS

Came the Defendants, United Steelworkers of America, Local 555T and United Steelworkers of America, International, by and through counsel, Theresa Merrill Stones, and moved the Court for an order amending the style of this case to reflect the change in the Defendants' name. There being no objection and it appearing proper to do so, it is hereby ORDERED that the style of the case be amended to reflect the change in the name of the Defendants, as follows:

"United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, Local 555T; and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union."

Entered this 29 day of Sept, 2006.

Judge Gary L. Lancaster