IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WYNN-HOWARD and DIETRA WRIGHT, ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> UNITED STEELWORKERS OF AMERICA,) <br> LOCAL 555T AND UNITED ) <br> STEELWORKERS OF AMERICA, ) <br> INTERNATIONAL, et. al., ) <br> Defendants. ) | Civil Action No. 06-916 |

ORDER

Gary L. Lancaster,
District Judge.                                                April 23, 2007.

Therefore, this 23rd day of April, 2007, IT IS HEREBY ORDERED that Defendants' Motion For Discovery Sanctions [document #17] is DENIED.

BY THE COURT:

_____, J.

cc:   All Counsel of Record