IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACKITH WYNN-HOWARD AND DIETRA WRIGHT, | |
| Plaintiffs, | Civil Action No. 06-916 |
| v | Judge Gary L. Lancaster |
| UNITED STEELWORKERS OF AMERICA, LOCAL 555T AND UNITED STEELWORKERS OF AMERICA, INTERNATIONAL, | Electronically Filed |
| Defendants. | |

### ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DOCUMENT PRODUCTION

The Court having considered Defendants' Motion To Compel Document Production and good cause appearing therefore,

IT IS HEREBY ORDERED that the motion is granted and IT IS FURTHER ORDERED that plaintiffs shall provide defendants with copies of all documents designated in Defendants' Request for Production of Documents to Jackith Wynn-Howard and Defendants' Request for Production of Documents to Plaintiff Dietra Wright no later than May 30, 2007.

SO ORDERED this __14__ day of May, 2007

_____

cc: All counsel registered on ECF docket