RECEIVED TIME JUN. 7. 11:29AM

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WYNN-HOWARD and DIETRA WRIGHT,
    Plaintiffs,

v

UNITED STEELWORKERS OF AMERICA,
LOCAL 555T AND UNITED
STEELWORKERS OF AMERICA,
INTERNATIONAL,
    Defendants.

Civil Action No. 06-916

**ORDER**

Gary L. Lancaster,                                June 7, 2007
District Judge

AND NOW this 7TH day of June, 2007, the Court having reviewed the parties' Stipulation Regarding Discovery, **IT IS HEREBY ORDERED** that:

(1) plaintiffs shall provide defendants with copies of the documents designated in Defendants' Request for Production of Documents to Jackith Wynn-Howard and in Defendants' Request for Production of Documents to Plaintiff Dietra Wright no later than June 19, 2007;

(2) plaintiffs shall provide defendants with verified answers to Defendants' First Set of Interrogatories to Plaintiff Jackith Wynn-Howard and to Defendants' First Set of Interrogatories to Plaintiff Dietra Wight no later than June 19, 2007; and

(3) discovery in this action is extended until September 30, 2007.

RECEIVED TIME JUN. 7. 11:29AM

The post-discovery status conference is re-scheduled for October /5, 2007 at 4-30 PM by telephone. The Court will initiate the call.

BY THE COURT:

_____
Gary L. Lancaster, J.
United States District Judge

cc: All counsel registered on ECF docket

Plaintiffs and defendants, through their respective counsel, stipulate to the entry of this Order.

_____  June 7, 2007
Lois E. Glanby, PA id 80784
152 East Highland Drive
Mc Murray, PA 15317
(724) 942-0524
Counsel for Plaintiffs

_____  June 7, 2007
Renate Klass (P29664)
Martens, Ice, Klass, Legghio, Israel, P.C.
306 South Washington, Suite 600
Royal Oak, MI 48067
(248) 398-5900
klass@martensice.com
Counsel for Defendants