IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACKITH WYNN-HOWARD and DIETRA WRIGHT | ) ) ) | Civil Action No. 06-0916 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Judge Gary L. Lancaster |
| UNITED STEELWORKERS OF AMERICA LOCAL 555T and UNITED STEELWORKERS OF AMERICA, INTERNATIONAL | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

AND NOW this 19th day of February, 2008, upon consideration of the Joint Motion to Stay Pretrial Statement Schedule or In the Alternative to Re-Set Pretrial Schedule it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED in part and DENIED in part. The request for a stay of the pretrial statement schedule is denied. The Court's Scheduling Order of October 24, 2007 is amended as follows:

1. Plaintiffs' Pretrial Statement is due by February, 29, 2008;

2. Defendants' Pretrial Statement is due by March 28, 2008;

3. Motions in Limine, Proposed Voir Dire and Points for Charge are due by April 4, 2008; and

4. Responses to Motions in Limine are due by April 18, 2008.

The pretrial conference and trial date set forth in the October 24, 2007 Order shall remain in effect.

Gary Lancaster, U.S. District Judge